IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHAWN DAVIS,**<br>　　　　　　　Petitioner,<br><br>　　　　v.<br><br>**JEROME WALSH,**<br>**THE DISTRICT ATTORNEY OF THE**<br>**COUNTY OF SETH WILLIAMS, and**<br>**THE ATTORNEY GENERAL OF THE**<br>**STATE OF KATHLEEN KANE,**<br>　　　　　　　Respondents. | **CIVIL ACTION**<br><br><br><br>**NO. 13-3907** |

# O R D E R

　　　　**AND NOW**, this 2nd day of April, 2014, upon consideration of *pro se* Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by petitioner, Shawn Davis, the record in this case, and the Report and Recommendation of United States Magistrate Judge David R. Strawbridge dated February 27, 2014, no objections having been filed, **IT IS ORDERED** as follows:

　　　　1.　　The Report and Recommendation of United States Magistrate Judge David R. Strawbridge dated February 27, 2014, is **APPROVED AND ADOPTED**;

　　　　2.　　The *pro se* Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by petitioner, Shawn Davis, is **DISMISSED**.

　　　　**IT IS FURTHER ORDERED** that a certificate of appealability will not issue in that *pro se* petitioner, Shawn Davis, has not made a substantial showing of the denial of a constitutional right, or that reasonable jurists would debate the correctness of the procedural aspects of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Hon. Jan E. DuBois
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　 **DuBOIS, JAN E., J.**